81,918-01

Larry Price #1779157
Clements Unit
9601 Spur 591
Amarillo Tx 79107

Writ No. WII-30771-P(A)

To whom this may concern:

Hello how are you doing today? I'm trying to find out if my Writ is still pending. I haven't heard nothing in awhile and also could you let me know if there's a affidavit from a Mr. Ezekiel Tyson Jr from the State they never told me if they got that from him or not I really need to find out that ~~information~~ Information thank you.

Larry Price #1779157
Clements Unit
9601 Spur 591
Amarillo Tx 79107

RECEIVED IN
COURT OF CRIMINAL APPEAL

MAR 13 2015

Abel Acosta, Clerk